**STATE of Maine**

v.

**Russell O. GORDON.**

Supreme Judicial Court of Maine.

Argued Sept. 9, 1980.

Decided Oct. 16, 1980.

Michael Povich, Dist. Atty., Bronson Platner, Asst. Dist. Atty., Mark A. Beede, Law Student (orally), Ellsworth, for plaintiff.

Libhart, Ferris, Dearborn, Willey & Ferm, N. Laurence Willey, Jr. (orally), Brewer, for defendant.

Before WERNICK, GODFREY, NICHOLS, GLASSMAN and ROBERTS, JJ.

## MEMORANDUM OF DECISION.

The District Court docket does not reflect that the defendant was arraigned or tendered a plea in the District Court. On the authority of *State v. Mason*, Me., 420 A.2d 216, 217 (1980), and *State v. Currier*, Me., 409 A.2d 241, 243 (1979), we vacate the judgment of the Superior Court.

The entry is:

Judgment of conviction vacated.

Remanded to the Superior Court to be there remanded to the District Court for further proceedings.

All concurring.